Case 3:23-cv-00083   Document 13   Filed on 10/31/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 31, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:23-0083

COREY CORTEZ, TDCJ #01781679, PLAINTIFF,

v.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, *ET AL.*, DEFENDANTS.

## FINAL JUDGMENT

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE*:

For the reasons stated in the memorandum opinion and order entered this day, this civil action is dismissed pursuant to 28 U.S.C. § 1915A(b) and 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim upon which relief can be granted.

Signed on Galveston Island this  31st  day of  October , 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE